**Order entered October 4, 2016**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00706-CR

### ROBERT ERWIN JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F15-56643-I**

## ORDER

We **GRANT** appellant's September 30, 2016 motion to extend time for filing appellant's

brief. We **ORDER** the brief be filed no later than November 8, 2016.


/s/      ADA BROWN
         JUSTICE